Writers Email:
tbrown@grgblaw.com

November 2, 2011

The Honorable Charles N. Clevert
Chief United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 208
Milwaukee, WI  53202

    Re:    *United States v. Rickey I. Kanter*
              Case No. 11-CR-080

Dear Judge Clevert:

    My client, Rickey Kanter, has just received his designation and turn-in date from the Bureau of Prisons. He has been assigned to Duluth with a turn-in date of November 22, 2011. The purpose of this letter is to ask the Court to consider entering an order modifying the turn-in date to November 29, 2011. This request is based on the following.

    As this Court is aware, Thanksgiving is November 24th. Because he had not heard anything from the Bureau of Prisons, Mr. Kanter made arrangements for his 18-year-old daughter, who is enrolled at the University of Arizona, to come home for the entire week of November 21st. Mr. Kanter has done his best to protect his daughter regarding the trauma of his going to prison, for instance, he asked her to remain in school and not attend his sentencing. It was hoped that the family could enjoy a last holiday together before the incarceration. More importantly, it will be very difficult for his daughter to be at home during the holidays and watch her father leave for prison.

    Both my client and I are well aware that an important element of a sentence is the matter of punishment. Defendants cannot hope nor should they try to make the beginning of their sentence convenient. This request is made not for Mr. Kanter's benefit, but for his family. It is hoped that a one-week delay as measured against the benefit for the Kanter family would be viewed favorably by the Court.

I am authorized to advise the Court that according to the Bureau of Prisons only you can modify this turn-in date once it is set.  The Probation Department is aware of this situation, and concurs that this matter is solely in the Court's jurisdiction.  Finally, Assistant United States Attorney Matt Jacobs has authorized me to advise the Court the government has no objection to this request.

If the Court is willing to grant this request, I would be happy to provide a proposed order.  I thank the Court for your consideration of this request.

Respectfully submitted,


s/Thomas E. Brown
THOMAS E. BROWN

TEB/dkk

cc: Assistant United States Attorney Matthew Jacobs
United States Probation Officer Eileen Vodak
Mr. Rickey Kanter

*r:/health care/kanter, rickey/correspondence/clevert ltr 2011-11-02.doc*